**GIBBONS**

CHRISTOPHER WALSH
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4883 Fax: (973) 639-6326
cwalsh@gibbonslaw.com

November 8, 2017

RECEIVED
NOV 15 2017
AT 8:30____
WILLIAM T. WALSH ___M
CLERK

**Via ECF Electronic Filing**

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re: **Harmon, et al. v. Borough of Belmar, et al.**
           **Civil Action No. 17-2437**

Dear Judge Sheridan:

    As the Court will recall, on October 23, 2017, the Court entered a Memorandum & Order [ECF No. 31] in which the Court abstained from hearing Plaintiffs' claims under *Burford v. Sun Oil Co.*, 319 U.S. 315 (1943). This decision was based on the fact that Plaintiffs Dockside Dining, LLC and DCJ Belmar, Inc. had appealed the denial of their liquor license transfer application to the Division of Alcoholic Beverage Control ("ABC") and that the appeal remained pending before the Office of Administrative Law.

    We write to inform the Court that, on November 3, 2017, Plaintiffs Dockside Dining, LLC and DCJ Belmar, Inc. filed a letter with the Office of Administrative Law withdrawing their appeal from the denial of their liquor license transfer application. *See* November 3, 2017 Letter of Roger J. McLaughlin, Ex. A.

    Accordingly, Defendants respectfully request that this matter be reinstated and that

## GIBBONS P.C.

Hon. Peter G. Sheridan, U.S.D.J.
November 8, 2017
Page 2



RECEIVED
NOV 15 2017
AT 8:30_____
WILLIAM T. WALSH ___M
CLERK

Defendants' motion to dismiss [ECF No. 12] be re-opened. If anything more than this letter is required to reopen the motion to dismiss, kindly advise the undersigned.

Respectfully submitted,

s/ Christopher Walsh

Christopher Walsh
Director

Attachment

cc: Roger J. McLaughlin, Esq. (via ECF)

Clerk is directed to re-open this case. A conference call with the Parties is set for 11/28/17 at 12:00. The Gibbons firm will be responsible for the transcription of the call.

SO ORDERED: /s/ Peter G. Sheridan
DATED: 11/14/17

Hrg. 11/28/17 at 12:00 PM.

2574374.1  114143-95089